UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. STREET,<br><br>        Petitioner,<br><br>   v.<br><br>TOM L. CAREY, Warden,<br><br>        Respondent. | 1:05-CV-0728 AWI SMS HC<br><br>ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 6, 2005, petitioner filed a petition for writ of habeas corpus, and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction. Petitioner has not returned the consent/decline form. At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

1  Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)
2  days.  Failure to follow this order will result in a recommendation that this action be dismissed
3  pursuant to Local Rule 11-110.
4       The Clerk of the Court is DIRECTED to send to petitioner another copy of the
5  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
6  IT IS SO ORDERED.
7  **Dated:   October 27, 2005**             **/s/ Sandra M. Snyder**
   23ehd0                                    UNITED STATES MAGISTRATE JUDGE